DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY J. BENJAMIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-332

[May 2, 2019]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 03-05975 CF10A.

Henry J. Benjamin, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***